Disposition of Petitions for Discretionary Review Under G.S. 7A-31

STATE v. CURETON

No. 70P91

Case below: 101 N.C.App. 432

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 April 1991.

STATE v. DAVIS

No. 49P91

Case below: 101 N.C.App. 1

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 April 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

STATE v. DORSETT

No. 592P90

Case below: 100 N.C.App. 601

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 April 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

STATE v. HARPER

No. 112P91

Case below: 101 N.C.App. 432

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 April 1991.

STATE v. LEGRANDE

No. 376P90

Case below: 99 N.C.App. 362

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.